## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff,

Case No.

vs.

Honorable

LUXOTTICA RETAIL
doing business as LENSCRAFTERS, INC.,

COMPLAINT
AND JURY DEMAND

Defendant.

_____ _____ _____ ___/

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil

Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide

appropriate relief to William Sheard who was adversely affected by such practices. The Equal

Employment Opportunity Commission (the "Commission") alleges that Defendant, Luxottica

Retail, Inc. doing business as LensCrafters, Inc., discriminated against Sheard by subjecting him

to sex discrimination and a sexually hostile work environment.

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331,

1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and

(3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3).

2.     The employment practices alleged to be unlawful were committed within the

jurisdiction of the United States District Court, Eastern District of Michigan, Northern Division.

## PARTIES

3.    Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.    At all relevant times, Defendant Employer ("the Employer") has continually been an Ohio corporation doing business in the State of Michigan and the city of Saginaw, and has continuously had at least fifteen (15) employees.

5.    At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6.    More than thirty (30) days prior to the institution of this lawsuit, William Sheard filed a charge with the Commission alleging violations of Title VII by Defendant Employer.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.    Since at least August 2007, Defendant Employer has engaged in unlawful employment practices at its Saginaw, Michigan facility in violation of Section 703(a)(1),  42 U.S.C. § 2000e-2(a)(1), including but not limited, to subjecting Sheard to sex discrimination and a sexually hostile work environment.

8.    The effect of the conduct complained of in paragraph 7, above, has been to deprive Sheard of equal employment opportunities and otherwise adversely affect his status as an employee.

2

9.      The unlawful employment practices complained of in paragraph 7, above, were and are intentional.

10.     The unlawful employment practices complained of in paragraph 7, above, were done with malice or with reckless indifference to the federally protected rights of Sheard.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      GRANT a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sex discrimination and/or perpetuating a sexually hostile work environment, and any other unlawful employment practice which discriminates on the basis of sex.

B.      ORDER Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for its male employees and which eradicate the effects of its past and present unlawful employment practices.

C.      ORDER Defendant Employer to make whole Sheard by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.      ORDER Defendant to make whole Sheard by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7, above, in amounts to be determined at trial.

E.      ORDER Defendant to make whole Sheard by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7, above, in amounts to be determined at trial.

3

F.      ORDER Defendant Employer to pay punitive damages for its malicious or

reckless conduct described in paragraph 7, above, in amounts to be proven at trial.

G.      GRANT such further relief as the Court deems necessary and proper in the public

interest.

H.      AWARD the Commission its costs for this action.

### JURY TRIAL DEMAND

1.      The Commission requests a jury trial on all questions of fact raised by its

Complaint.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Respectfully submitted,

LAURIE A. YOUNG
Regional Attorney

DEBORAH M. BARNO
Supervisory Trial Attorney

NEDRA D. CAMPBELL (P58768)
Trial Attorney

DETROIT FIELD OFFICE
Patrick V. McNamara
477 Michigan Avenue, Room 865
Detroit, Michigan 48226
Dated: July 17, 2009        Tel. No. (313) 226-3410

4